No. 378. R. FLORES MAGON ET AL., APPELLANTS, *v.* THE UNITED STATES. Appeal from the Circuit Court of the United States for the Southern District of California. January 4, 1909. Dismissed pursuant to the tenth rule. *Mr. Halvor Steenerson* for appellants. *The Attorney General* and *The Solicitor General* for appellee.

---

No. 371. JAMES RUDOLPH GARFIELD, SECRETARY OF THE INTERIOR, PLAINTIFF IN ERROR, *v.* THE UNITED STATES EX REL. BENJAMIN F. VAUGHAN, GUARDIAN, ETC.; No. 372. JAMES RUDOLPH GARFIELD, SECRETARY OF THE INTERIOR, PLAINTIFF IN ERROR, *v.* THE UNITED STATES EX REL. EDWARD A. VAUGHAN; No. 373. JAMES RUDOLPH GARFIELD, SECRETARY OF THE INTERIOR, PLAINTIFF IN ERROR, *v.* THE UNITED STATES EX REL. BENJAMIN F. VAUGHAN; and No. 374. JAMES RUDOLPH GARFIELD, SECRETARY OF THE INTERIOR, PLAINTIFF IN ERROR, *v.* THE UNITED STATES EX REL. AMBROSE L. RICE. In error to the Court of Appeals of the District of Columbia. January 18, 1909. Dismissed with costs on motion of *Mr. Solicitor General Hoyt* for the plaintiff in error. *The Attorney General* for plaintiff in error. *Mr. Charles J. Kappler, Mr. Charles H. Merillat, Mr. James K. Jones* and *Mr. Charles M. Fechheimer* for defendants in error in Nos. 371, 372 and 373. No appearance for defendant in error in No. 374.